■ HOWARD L. GROBE, Jr., Respondent, v MICHELLE L. MCANDREW et al., Appellants, et al., Defendants. [944 NYS2d 713]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered August 1, 2011 in a personal injury action. The order denied the motion of defendants Michelle L. McAndrew and Karen L. McAndrew to dismiss plaintiff's complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.

■ ANGEL CORP, as Parent and Natural Guardian of ToMIANNE CORP, an Infant, Respondent, v MATTHEW R. RATAJCZAK, Appellant, and MICHAEL MUSCATO et al., Respondents. [944 NYS2d 713]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered February 9, 2011 in a personal injury action. The order denied the motion of defendant Matthew R. Ratajczak for summary judgment dismissing plaintiff's complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.